**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY PARTIDA,<br>AMBER FUCHSLIN,<br><br>     Plaintiffs<br><br>v.<br><br>FBI, et. al.,<br><br>     Defendants | Case No.: 3:21-cv-00346-MMD-WGC<br><br>**Order**<br><br>Re: ECF Nos. 1, 1-1 |

An application to proceed *in forma pauperis* in order to proceed without paying the filing fee has been filed by plaintiff Johnny Partida. (ECF No. 1.) The complaint filed along with the IFP application lists as plaintiffs both Johnny Partida and Amber Fuchsin; however, the complaint is only signed by Johnny Partida.

Mr. Partida does not appear to be an attorney admitted to the State Bar of Nevada. Nor does he provide a bar number indicating he is admitted to practice law in any other state. As such, he may not initiate a civil complaint on behalf of another individual. Nor may he submit an application to proceed IFP on behalf of another individual. *See* Fed. R. Civ. P. 11(a) (requiring every pleading, written motion or other paper to be signed by an attorney of record or by a party if that party is unrepresented).

Within **30 days** of the date of this Order, an IFP application shall be submitted and signed by Amber Fuchslin, and Plaintiffs shall submit a complaint that is signed by both Mr. Partida and Ms. Fuchslin.

At that point, the court will address the IFP applications and then, if granted, will screen the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

**IT IS SO ORDERED**.

Dated: August 11, 2021

_____
William G. Cobb
United States Magistrate Judge